**STATEMENT OF FACTS**

On August 8, 2019 at approximately 1:09 a.m., two unknown individuals forced entry into the FFL in Baltimore County Maryland at The Gun Shop, 1614 Eastern Boulevard, Essex, Maryland, 21221 and stole a number of firearms. Based on surveillance video, a subject was identified and a warrant was issued for Xyavion Lawrence (Defendant Lawrence) for Burglary 2nd Degree, Forced Entry out of District Court of Maryland, Baltimore County issued by a judicial officer (OCA: 100141898, Date of Warrant: 20190809).

On August 8, 2019 at approximately 4:00 a.m., three unknown individuals with their faces covered in masks, armed with firearms robbed an individual at gun point in front of 4035 Grant Street, NE in Washington, DC. Through investigation, it was determined that Defendant Lawrence's court ordered GPS placed him at the scene of the robbery at the time of the offense.

On August 10, 2019 at approximately 4:33 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Gun Recovery Unit (GRU) were on patrol in marked and unmarked vehicles in the 5200 block of Just Street, NE in Washington, D.C. Officers were wearing casual attire with police vests and identifiers.

Officers observed an individual later identified as Xyavion Lawrence (Defendant Lawrence) in front of 5209 Just Street, NE. Officers had prior knowledge that Defendant Lawrence had a fully extraditable warrant for the for Burglary 2nd Degree, Forced Entry out of District Court of Maryland, Baltimore County issued by a judicial officer (OCA: 100141898, Date of Warrant: 20190809). Defendant Lawrence saw police and attempted to flee on foot, but was unsuccessful.

While attempting to place Defendant Lawrence in handcuffs, Officer Kelly felt a firearm in Defendant Lawrence's groin area. The firearm recovered is a .22 caliber Smith and Wesson Ruger handgun, model LCR with serial number 545-57038. When it was recovered, the firearm was unloaded with an eight (8) round capacity.

A WALES/NCIC inquiry of the serial number of the firearm revealed it was stolen from the FFL in Baltimore County Maryland at The Gun Shop, 1614 Eastern Boulevard, Essex, Maryland, 21221. This firearm was stolen in the Burglary 2nd degree on August 8, 2019 at approximately 1:09 a.m.

After Defendant Lawrence was read his Miranda Rights and waived his Miranda rights voluntarily, Defendant Lawrence admitted to involvement in the Burglary 2nd Degree in Baltimore County. Defendant Lawrence also admitted that the firearm recovered from his person at the time of arrest was taken in the Burglary 2nd Degree in Baltimore County. There are no firearms manufacturers in the District of Columbia.

_____
OFFICER ALLORIE SANDERS
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF AUGUST, 2019.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE